IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

A.B. WRIGHT, PETITIONER

V. NO. 4:06CV146-P-B

RAYMOND BYRD, et al., RESPONDENTS

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** without prejudice for failure to exhaust available state remedies. Petitioner's motion to proceed *in forma pauperis* is also **denied**.

**IT IS SO ORDERED.**

THIS the 30th day of October, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE